## STATE OF HAWAII
### *v.* ROBERT RITCHIE JOHNSTON, JR.

No. 4711.

## STATE OF HAWAII *v.* RALPH EUGENE FULLER.

No. 4714.

JULY 9, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND
CIRCUIT JUDGE FUKUSHIMA ASSIGNED
BY REASON OF VACANCY.

*Per Curiam.* The petitions for rehearing are denied without argument.

Levinson, J., having dissented from the opinion of the court, does not concur.

*Joseph A. Ryan* for the petition.